FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 15 2010 ★
BROOKLYN OFFICE

D/F
Rec'd

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X

TOVA EILENBERG,

      Plaintiff,

-against-

REINA EZAGUI a/k/a REINA BARUCH, ELIYAHU EZAGUI, and RONEN LEVY,

      Defendants.
----------------------------------------------------------------- X

07-CV-293 (ARR) (VVP)

NOT FOR PRINT OR ELECTRONIC PUBLICATION

ORDER

ROSS, United States District Judge:

  The court has received the Report and Recommendation on the instant case dated June 18, 2010 from the Honorable Viktor V. Pohorelsky, United States Magistrate Judge. No objections have been filed. Accordingly, the court has reviewed the Report and Recommendation for clear error on the face of the record. See Advisory Comm. Notes to Fed. R. Civ. P. 72(b); accord Edwards v. Town of Huntington, No. 05 Civ. 339 (NGG) (AKT), 2007 U.S. Dist. LEXIS 50074, at *6 (E.D.N.Y. July 11, 2007); McKoy v. Henderson, No. 05 Civ. 1535 (DAB), 2007 U.S. Dist. LEXIS 15673, at *1 (S.D.N.Y. March 5, 2007). Having reviewed the record, I find no clear error. I hereby adopt the Report and Recommendation, in its entirety, as the opinion of the court pursuant to 28 U.S.C. § 636(b)(1). The court strikes the answers to the complaint by Reina Ezagui and Ronen Levy. The Clerk of the Court is directed to enter default judgments against Reina Ezagui and Ronen Levy.

  SO ORDERED.

1

/S/
_____
Allyne R. Ross
United States District Judge

Dated: July 9, 2010
     Brooklyn, New York

SERVICE LIST:

<div style="margin-left: 2em;">

Plaintiff's Attorney
Robert Joseph Tolchin, Esq.
Jaroslawicz & Jaros, Esqs.
225 Broadway
24th Floor
New York, NY 10007


Pro Se Defendants
Eliyahu Ezagui
1229 President Street
Brooklyn, NY 11225

Reina Ezzagui
1229 President Street
Brooklyn, NY 11225

Ronen Levy
2604 SW 55th Street
Ft. Lauderdale, FL 33312

</div>

cc:     Magistrate Judge Viktor V. Pohorelsky